UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MICHAEL SEMPRINI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 04-1066 |
| | ) | |
| DAVID H. NAOUR, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSOLIDATED WITH**

| | | |
|---|---|---|
| MICHAEL SEMPRINI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 04-1195 |
| | ) | |
| OSF HEALTHCARE SYSTEM, JEAN DORNFELD-FINKE, and BLOOMINGTON MEDICAL LABORATORY PHYSICIANS, | ) ) ) ) ) | |
| | ) | |
| Defendants. | | |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW Plaintiff MICHAEL SEMPRINI by and through one of his attorneys, Gary D. Forrester of Phebus & Koester, and pursuant to Rule 15 of the Federal Rules of Civil Procedure moves for leave to file an amended complaint in this cause, a copy of which amended complaint is attached hereto and marked as Exhibit A.  The proposed amendments are necessary so as to cause the pleadings to conform to the evidence gleaned from discovery in this cause with respect to defendants' failure to

1

provide histological services for the processing and analysis of surgical specimens pertaining to the plaintiff.

WHEREFORE, Plaintiff prays that leave be granted pursuant to Rule 15 to amend the pleadings as per attached Exhibit A.

> BY:  s/Gary D. Forrester
> Gary D. Forrester
> Attorney for Plaintiff
> PHEBUS & KOESTER
> 136 West Main Street
> Urbana, Illinois 61801
> (217) 337-1400
> (217) 337-1607 (fax)
> gdforrester@phebuslaw.com
>
>
> BY:  s/ Joseph W. Phebus
> Joseph W. Phebus
> Attorney for Plaintiff
> PHEBUS & KOESTER
> 136 West Main Street
> Urbana, Illinois 61801
> (217) 337-1400
> (217) 337-1607 (fax)
> jwphebus@phebuslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of December, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Mr. Peter W. Brandt
> Livingston, Barger, Brandt & Schroeder
> 115 West Jefferson Street, Suite 400
> Bloomington, Illinois  61701
> Attorney for Defendant Naour
> pbrandt@lbbs.com
>
> Mr. Kenneth S. Weiss
> Livingston, Barger, Brandt & Schroeder
> 2506 Galen Drive, Suite 108
> Champaign, Illinois 61821-7047

Attorney for Defendant Naour
ksweiss@lbbs.com


Mr. Paul C. Estes
Hinshaw & Culbertson
456 Fulton Street, Suite 298
Peoria, Illinois  61602
Attorney for Defendants Dornfeld-Finke, OSF Healthcare System, and Bloomington Medical Laboratory Physicians
pestes@hinshawlaw.com

Ms. Patricia Naylor
Hinshaw & Culbertson
456 Fulton Street, Suite 298
Peoria, Illinois  61602
Attorney for Defendants Dornfeld-Finke, OSF Healthcare System, and Bloomington Medical Laboratory Physicians
pnaylor@hinshawlaw.com


                   s/ Gary D. Forrester
                   Gary D. Forrester
                   Attorney for Plaintiff
                   PHEBUS & KOESTER
                   136 West Main Street
                   Urbana, Illinois 61801
                   (217) 337-1400
                   (217) 337-1607 (fax)
                   *gforrester@phebuslaw.com*


*f:\docs\joe\semprini\mo leave am.doc*