E-FILED
Friday, 13 January, 2006  02:50:35 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MICHAEL SEMPRINI, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 04-1066 |
| DAVID H. NAOUR, | ) ) ) |
| Defendant. | ) |

**CONSOLIDATED WITH**

| | |
|---|---|
| MICHAEL SEMPRINI, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 04-1195 |
| OSF HEALTHCARE SYSTEM, JEAN DORNFIELD-FINKE, and BLOOMINGTON MEDICAL LABORATORY PHYSICIANS, S.C., | ) ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

NOW COME the Defendants, OSF HEALTHCARE SYSTEM, JEAN DORNFELD-FINKE and BLOOMINGTON MEDICAL LABORATORY PHYSICIAN, S.C., by and through their attorneys, Hinshaw & Culbertson LLP, and for their Response to Plaintiff's Motion for Leave to File Amended Complaint, state as follows:

1. Defendants have no objection to Plaintiff's Motion for Leave to File Amended Complaint in this matter; however, Defendants note that Plaintiff's proposed Amended

Complaint, attached as Exhibit A to Plaintiff's Motion for Leave, is improperly titled "Complaint".

WHEREFORE, the Defendants, OSF HEALTHCARE SYSTEM, JEAN DORNFELD-FINKE and BLOOMINGTON MEDICAL LABORATORY PHYSICIAN, S.C., respectfully request that the Court take notice of the foregoing in its consideration of Plaintiff's Motion for Leave to File Amended Complaint.

Respectfully submitted,

OSF HEALTHCARE SYSTEM, JEAN DORNFELD-FINKE and BLOOMINGTON MEDICAL LABORATORY PHYSICIANS, S.C., Defendants

By: HINSHAW & CULBERTSON LLP


s/ Patricia J. Naylor

Patricia J. Naylor
One of Their Attorneys
HINSHAW & CULBERTSON LLP
456 Fulton Street, Suite 298
Peoria, IL 61602-1220
309-674-1025
Fax:  309-674-9328

80207982v1 827321

## CERTIFICATE OF SERVICE

      The undersigned certifies that on January 13, 2006, I electronically filed this **Defendants' Response to Plaintiff's Motion for Leave to File Amended Complaint** with the Clerk of the court using the CM/ECF system, which will send notification of such filing to the following:

**Attorney for Plaintiff**
Joseph W. Phebus
Phebus & Koester
136 West Main Street
P.O. Box 1008
Urbana, IL   61801
Phone:  217 / 337-1400
Fax:  217 / 337-1607

| **Attorneys for David H. Naour** | **Attorneys for David H. Naour** |
|---|---|
| Peter Brandt | Kenneth S. Weiss |
| Livingston Barger Brandt & Schroeder | Livingston, Barger, Brandt & Schroeder |
| 115 W. Jefferson Street, Suite 400 | 2506 Galen Drive, Suite 108 |
| P.O. Box 3457 | Champaign, IL   61821-7047 |
| Bloomington, IL   61702 | 217 / 351-7479 |
| 309 / 828-5281 | Fax:   217 / 351-6870 |
| Fax:   309 / 827-3432 | |

                                                         s/ Patricia J. Naylor
                                                    Patricia J. Naylor
                                                    One of Their Attorneys
                                                    HINSHAW & CULBERTSON LLP
                                                    456 Fulton Street, Suite 298
                                                    Peoria, IL 61602-1220
                                                    309-674-1025
                                                    Fax:  309-674-9328

80207982v1 827321