**E-FILED**
Tuesday, 09 May, 2006  03:49:12 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MICHAEL SEMPRINI, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Case No. 04-1066 |
| DAVID H. NAOUR, | ) ) ) | |
| Defendant. | ) | |

_____

| | | |
|---|---|---|
| MICHAEL SEMPRINI, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 04-1195 |
| OSF HEALTHCARE SYSTEM, JEAN DORNFIELD-FINKE, and BLOOMINGTON MEDICAL LABORATORY PHYSICIANS, S.C., | ) ) ) ) ) | |
| Defendants. | ) | |

## **O R D E R**

This matter is now before the Court on Plaintiff's Motions to Voluntarily Dismiss Without Prejudice as to Defendant OSF Healthcare System Pursuant to Rule 41 of Federal Rules of Civil Procedure and for Leave to File Second Amended Complaint Pursuant to Rule 15 of the Federal Rules of Civil Procedure.  After a careful review of all of the relevant pleadings on file related to this issue, the Court finds that it is not appropriate to grant Plaintiff's request to voluntarily dismiss OSF Healthcare System without prejudice.  The

Court's finding is based on precedent in this circuit establishing that the Illinois one-refiling rule applies in diversity cases and effectively trumps any application of Rule 41 to obtain a second refiling regardless of the reason for the second dismissal, as set forth in <u>Evans ex rel Evans v. Lederle Laboratories</u>, 167 F.3d 1106, 1112-13 (7th Cir. 1999).  Accordingly, the Court must deny Plaintiff's Motion to Voluntarily Dismiss OSF Healthcare System without prejudice.  Plaintiff remains free to proceed against OSF Healthcare System as a Defendant or move to dismiss it with prejudice, as he so chooses.

## CONCLUSION

For the reasons set forth above, Plaintiff's Motions to Voluntarily Dismiss Without Prejudice as to Defendant OSF Healthcare System Pursuant to Rule 41 of Federal Rules of Civil Procedure and for Leave to File Second Amended Complaint Pursuant to Rule 15 of the Federal Rules of Civil Procedure [#63] are DENIED.

ENTERED this 9th day of May, 2006.

                              s/ Michael M. Mihm
                              Michael M. Mihm
                              United States District Judge