UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MICHAEL SEMPRINI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 04-1195 |
| ) | |
| OSF HEALTHCARE SYSTEM, JEAN ) | |
| DORNFELD-FINKE, and BLOOMINGTON ) | |
| MEDICAL LABORATORY PHYSICIANS, ) | |
| ) | |
| Defendants. ) | |

CONSOLIDATED WITH

| | |
|---|---|
| MICHAEL SEMPRINI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 04-1066 |
| ) | |
| DAVID H. NAOUR, ) | |
| ) | |
| Defendant. ) | |

## NOTICE TO PRODUCE FOR AND
## NOTICE OF DEPOSITION

ALL PARTIES HERETO ARE HEREBY NOTIFIED that on July 13, 2006, at 2:30 p.m.*, the undersigned attorneys will take the deposition of **Jerrold R. Turner, M.D.,** in a conference room at the University of Chicago, 5841 South Maryland, Chicago, Illinois, before a notary public or other officer authorized to administer oaths by the laws of this state pursuant to the Federal Rules of Civil Procedure.

DEFENDANTS DORNFELD-FINKE AND BLOOMINGTON MEDICAL LABORATORY PHYSICIAN, S.C., ARE HEREBY NOTIFIED to produce at said time and place said deponent.

The deponent is hereby requested to produce and have available for use in said deposition the following:

1. A complete curriculum vitae, including all publications;

1

2. Copies of each and every note, report and/or records, and notes of any activities performed, initial impressions or calculations, and any other documents containing factual information upon which deponent bases opinions in this matter;

3. Copies of each and every treatise or other document upon which the deponent bases opinions in this matter;

4. Copies of all notes, reports, test results, photographs, charts, diagrams and other materials prepared by, for or at the request or direct of said deponent in this matter;

5. All bills, time logs and other records which indicate the time spent on this case, the amount billed and the nature of the work done in this matter;

6. All correspondence and other documents sent to deponent, and sent by deponent to any person or organization regarding this matter;

7. A list of all cases in which the deponent has testified by deposition or at trial in the last four years, which list should not only include the caption, cause number and court, but the identity including both name and address of the plaintiff's attorneys and the defendant's attorneys;

8. All transcripts of depositions or trial testimony where the deponent has testified in a case involving claimed medical malpractice.

Tentative court reporter arrangements made with Area Wide Reporting Service, 301 West White, Champaign, Illinois.

*Estimated duration of deposition: 3 hours

        MICHAEL SEMPRINI, Plaintiff, by one of his
        attorneys, J.W. PHEBUS of the law firm of
        PHEBUS & KOESTER

BY:   s/Joseph W. Phebus
        J. W. PHEBUS
        Attorney for Plaintiff
        PHEBUS & KOESTER
        136 West Main Street
        Urbana, Illinois 61801
        (217) 337-1400
        (217) 337-1607 (fax)
        *jwphebus@phebuslaw.com*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of July, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Mr. Peter W. Brandt
      Livingston, Barger, Brandt & Schroeder
      115 West Jefferson Street, Suite 400
      Bloomington, Illinois  61701
      Telephone:  309-828-5281
      Fax:   309-827-3432
      E-mail:  *pbrandt@lbbs.com*

      Mr. Paul C. Estes
      Hinshaw & Culbertson
      456 Fulton Street, Suite 298
      Peoria, Illinois  61602
      Telephone:  309-674-1025
      Fax:  309-674-9328
      E-mail:  *pestes@hinshawlaw.com*

      Ms. Patricia Naylor
      Hinshaw & Culbertson
      456 Fulton Street, Suite 298
      Peoria, Illinois  61602
      Telephone:  309-674-1025
      Fax:  309-674-9328
      E-mail:  *pnaylor@hinshawlaw.com*

      Kenneth S. Weiss
      Livingston, Barger, Brandt & Schroeder
      2506 Galen Drive, Suite 108
      Champaign, Illinois 61821
      Telephone:  217-351-7479
      Fax:  217-351-6870
      E-mail:  *kweiss@lbbs.com*

                              BY:   s/Joseph W. Phebus
                                    J. W. PHEBUS
                                    Attorney for Plaintiff
                                    PHEBUS & KOESTER
                                    136 West Main Street
                                    Urbana, Illinois 61801
                                    (217) 337-1400
                                    (217) 337-1607 (fax)
                                    *jwphebus@phebuslaw.com*

*f:\docs\joe\semprini\notice turner.doc*