E-FILED
Friday, 07 July, 2006  10:58:19 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MICHAEL SEMPRINI, | ) |
| Plaintiff, | ) ) ) |
| vs. | )  Cause No. 04-1195 |
| OSF HEALTHCARE SYSTEM, JEAN DORNFELD-FINKE, and BLOOMINGTON MEDICAL LABORATORY PHYSICIANS, | ) ) ) ) ) |
| Defendants. | ) |

CONSOLIDATED WITH

| | |
|---|---|
| MICHAEL SEMPRINI, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Cause No. 04-1066 |
| DAVID H. NAOUR, | ) ) ) |
| Defendant. | ) |

**AMENDED NOTICE TO PRODUCE FOR AND
NOTICE OF DEPOSITION\*\***

ALL PARTIES HERETO ARE HEREBY NOTIFIED that on August 22, 2006, at 11:00 a.m.\*, the undersigned attorneys will take the deposition of **Jerrold R. Turner, M.D.,** at the offices of Hinshaw & Culbertson, 222 North LaSalle Street, Suite 300, Chicago, Illinois, before a notary public or other officer authorized to administer oaths by the laws of this state pursuant to the Federal Rules of Civil Procedure.

DEFENDANTS DORNFELD-FINKE AND BLOOMINGTON MEDICAL LABORATORY PHYSICIAN, S.C., ARE HEREBY NOTIFIED to produce at said time and place said deponent.

The deponent is hereby requested to produce and have available for use in said deposition the following:

    1.    A complete curriculum vitae, including all publications;

2. Copies of each and every note, report and/or records, and notes of any activities performed, initial impressions or calculations, and any other documents containing factual information upon which deponent bases opinions in this matter;

3. Copies of each and every treatise or other document upon which the deponent bases opinions in this matter;

4. Copies of all notes, reports, test results, photographs, charts, diagrams and other materials prepared by, for or at the request or direct of said deponent in this matter;

5. All bills, time logs and other records which indicate the time spent on this case, the amount billed and the nature of the work done in this matter;

6. All correspondence and other documents sent to deponent, and sent by deponent to any person or organization regarding this matter;

7. A list of all cases in which the deponent has testified by deposition or at trial in the last four years, which list should not only include the caption, cause number and court, but the identity including both name and address of the plaintiff's attorneys and the defendant's attorneys;

8. All transcripts of depositions or trial testimony where the deponent has testified in a case involving claimed medical malpractice.

Tentative court reporter arrangements made with Area Wide Reporting Service, 301 West White, Champaign, Illinois.

*Estimated duration of deposition:  3 hours
**Change in date, time and location of deposition only.

> MICHAEL SEMPRINI, Plaintiff, by one of his attorneys, J.W. PHEBUS of the law firm of PHEBUS & KOESTER
>
> BY:  s/Joseph W. Phebus
>      J. W. PHEBUS
>      Attorney for Plaintiff
>      PHEBUS & KOESTER
>      136 West Main Street
>      Urbana, Illinois 61801
>      (217) 337-1400
>      (217) 337-1607 (fax)
>      *jwphebus@phebuslaw.com*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of July, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Mr. Peter W. Brandt
>Livingston, Barger, Brandt & Schroeder
>115 West Jefferson Street, Suite 400
>Bloomington, Illinois  61701
>Telephone:  309-828-5281
>Fax:   309-827-3432
>E-mail:  *pbrandt@lbbs.com*
>
>Mr. Paul C. Estes
>Hinshaw & Culbertson
>456 Fulton Street, Suite 298
>Peoria, Illinois  61602
>Telephone:  309-674-1025
>Fax:  309-674-9328
>E-mail:  *pestes@hinshawlaw.com*
>
>Ms. Patricia Naylor
>Hinshaw & Culbertson
>456 Fulton Street, Suite 298
>Peoria, Illinois  61602
>Telephone:  309-674-1025
>Fax:  309-674-9328
>E-mail:  *pnaylor@hinshawlaw.com*
>
>Kenneth S. Weiss
>Livingston, Barger, Brandt & Schroeder
>2506 Galen Drive, Suite 108
>Champaign, Illinois 61821
>Telephone:  217-351-7479
>Fax:  217-351-6870
>E-mail:  *kweiss@lbbs.com*

>>BY:   s/Joseph W. Phebus
>>J. W. PHEBUS
>>Attorney for Plaintiff
>>PHEBUS & KOESTER
>>136 West Main Street
>>Urbana, Illinois 61801
>>(217) 337-1400
>>(217) 337-1607 (fax)
>>*jwphebus@phebuslaw.com*

f:\docs\joe\semprini\notice turner amend.doc