E-FILED
Friday, 22 December, 2006  02:36:46 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MICHAEL SEMPRINI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-1066 |
| ) | |
| DAVID H. NAOUR, ) | |
| ) | |
| Defendant. ) | |

**CONSOLIDATED WITH**

| | |
|---|---|
| MICHAEL SEMPRINI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-1195 |
| ) | |
| OSF HEALTHCARE SYSTEM, JEAN ) | |
| DORNFIELD-FINKE, and BLOOMINGTON ) | |
| MEDICAL LABORATORY PHYSICIANS, ) | |
| S.C., ) | |
| ) | |
| Defendants. ) | |

**OMNIBUS MOTION IN LIMINE OF DEFENDANTS, JEAN DORNFELD-FINKE AND BLOOMINGTON MEDICAL LABORATORY PHYSICIANS, S.C.**

NOW COME the Defendants, JEAN DORNFELD-FINKE and BLOOMINGTON MEDICAL LABORATORY PHYSICIANS, S.C., by and through their attorneys, HINSHAW & CULBERTSON LLP, and move this Court in limine for an Order directing Plaintiff, his attorneys, and witnesses to desist and refrain from attempting to comment on or present, whether by testimony, reference or innuendo, the following items of inadmissible, prejudicial or incompetent evidence during voir dire and at trial:

1.     Defendants anticipate that Plaintiff will attempt to offer the following items of inadmissible evidence at trial:

80228781v1 844166

  I. Existence of Professional Liability Insurance
  II. Evidence of Income of the Parties
  III. Evidence of Other Malpractice Claims/Actions
  IV. Opinion Testimony by Lay Witnesses
  V. Allegations of Negligence Again Jean Dornfeld-Finke and Bloomington Medical Laboratory Physicians, S.C., Other Than Communication of Pathology Results by Telephone and Documentation of Telephone Call
  VI. Evidence of JCAHO Standards
  VII. Evidence of Treatment Received in Arizona
  VIII. Certain Anticipated Testimony of Donald Blank
  IX. Certain Anticipated Testimony of Brian Frist, M.D.

  2. Defendants file herewith and incorporate herein their Memorandum of Law in Support of their Omnibus Motion in Limine.

  WHEREFORE, the Defendants, JEAN DORNFELD-FINKE and BLOOMINGTON MEDICAL LABORATORY PHYSICIANS, S.C., respectfully request that this Court enter an Order directing the Plaintiff, at all times during trial, to desist and refrain from attempting to comment on or present the foregoing items of inadmissible, prejudicial, or incompetent evidence, for the reasons set forth in their Memorandum of Law in Support of Omnibus Motion in Limine.

        Respectfully submitted,

        JEAN DORNFELD-FINKE and BLOOMINGTON MEDICAL LABORATORY PHYSICIANS, S.C., Defendants

        By: HINSHAW & CULBERTSON LLP

        s/ Paul C. Estes

        Paul C. Estes
        One of Its Attorneys
        HINSHAW & CULBERTSON LLP
        456 Fulton Street, Suite 298
        Peoria, IL 61602-1220
        309-674-1025
        Fax: 309-674-9328

80228781v1 844166

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on December 22, 2006, I electronically filed this, <u>Omnibus Motion in Limine of Defendants, Jean Dornfeld-Finke and Bloomington Medical Laboratory Physicians, S.C.</u>, with the Clerk of the court using the CM/ECF system, which will send notification of such filing to the following:

**Attorney for Plaintiff**
Joseph W. Phebus
Phebus & Koester
136 West Main Street
P.O. Box 1008
Urbana, IL   61801
Phone:  217 / 337-1400
Fax:  217 / 337-1607

**Attorney for David H. Naour**
Peter Brandt
Livingston Barger Brandt & Schroeder
115 W. Jefferson Street, Suite 400
P.O. Box 3457
Bloomington, IL   61702
309 / 828-5281
Fax:   309 / 827-3432

                                s/ Paul C. Estes
                                Paul C. Estes
                                One of Their Attorneys
                                HINSHAW & CULBERTSON LLP
                                456 Fulton Street, Suite 298
                                Peoria, IL 61602-1220
                                309-674-1025
                                Fax:  309-674-9328

80228781v1 844166