# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**MICHAEL SEMPRINI**

vs.

**DAVID H. NAOUR;**
**JEAN DORNFELD-FINKE;**
**SAM PITTMON; OSF ST. JOSEPH**
**MEDICAL CENTER; and BLOOMINGTON**
**MEDICAL LABORATORY PHYSICIANS**

**FILED**

JAN 3 0 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case Number: **04-1066**
consolidated with 04-1195

**JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**DECISION BY THE COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendant Sam Pittmon is dismissed pursuant to order entered on 10/20/2004. FURTHER ORDERED that defendant OSF St. Joseph Medical Center is voluntarily dismissed on 9/29/2006. Defendants Jean Dornfeld-Finke and Bloomington Medical Laboratory Physicians are voluntarily dismissed without costs on 1/25/2007. FURTHER ORDERED that pursuant to Jury Verdict, judgment is entered in favor of defendant David H. Naour and against plaintiff Michael Semprini plus costs of suit.

ENTER this 30th day of January, 2007

JOHN M. WATERS, CLERK

s/C. Lambie

BY: DEPUTY CLERK